UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA


| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | No. 1:07-cr-24 |
| vs. | ) | |
| | ) | JUDGE MATTICE |
| BRIDGET M. SMITH | ) | MAGISTRATE JUDGE CARTER |


# O R D E R


Magistrate Judge Susan K. Lee filed a report and recommendation recommending the Court:  (1) accept Defendant Smith's plea of guilty to Count One of the Bill of Information; (2) adjudicate Defendant guilty of the charges set forth in Count One of the Bill of Information; (3) defer a decision on whether to accept the plea agreement until sentencing; and (4) find Defendant shall remain in custody until sentencing in this matter [Doc. No. 12].  Neither party filed a timely objection to the report and recommendation. After reviewing the record, the Court agrees with the magistrate judge's report and recommendation.  Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation [Doc. No. 12] pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

(1) Defendant's plea of guilty to Count One of the Bill of Information is **ACCEPTED**;

(2) Defendant is hereby **ADJUDGED** guilty of the charges set forth in Count One of the Bill of Information;

(3) A decision on whether to accept the plea agreement is **DEFERRED** until sentencing; and

(4) Defendant **SHALL REMAIN** in custody until sentencing in this matter which is scheduled to take place on **Tuesday May 29, 2007 at 9:00 a.m.**

**SO ORDERED.**

**ENTER:**

_____*s/ Harry S. Mattice, Jr.*_____
HARRY S. MATTICE, JR.
UNITED STATES DISTRICT JUDGE